IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 11-4681 |
| | : | |
| JOHN E. WETZEL, Secretary, | : | **THIS IS A CAPITAL CASE** |
| Pennsylvania Department of Corrections, | : | |
| et al. | : | |

### ORDER

AND NOW, this 31st day of March, 2021, upon consideration of Petitioner James Williams's Motion for Discovery, Respondents' Response in Opposition, and Petitioner's Reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED the Motion (Document 48) is GRANTED.

It is further ORDERED that, on or before April 30, 2021, Respondents' counsel shall produce to Petitioner's counsel all notes of Maria Dantos concerning interviews, witness preparation sessions, and/or witness examination outlines with, for, and/or concerning Commonwealth cooperating witnesses Luis Avila, Ralph Logan, Lamar Peterson, and Curtis French.

The Clerk of Court shall mail a copy of this Order and the accompanying Memorandum to Mr. Williams at the following address:

> James T. Williams, #31734-037
> FDC Philadelphia
> Federal Detention Center
> P.O. Box 562
> Philadelphia, PA  19105

BY THE COURT:

  /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.